# EXHIBIT B



**Sexual Addiction Treatment Services**

1000 Germantown Pike F-5
Plymouth Meeting, PA 19462
610-844-7180

October 2, 2025

To whom it may concern:

My name is Michael Williams, I am the therapist who has been providing individual and group therapy to Mr. Richard Adamsky. Mr. Adamsky began therapy on July 7, 2025, and to this point he has attended 11 individual therapy sessions and 4 group therapy sessions. Since beginning therapy, Mr. Adamsky has displayed diligence towards the treatment process. He has been fully engaged in all therapy sessions and has been honest and forthcoming concerning his actions. Additionally, he has completed all therapy assignments and his therapy sessions have also focused on exploring the underlying issues that have brought about his behaviors. More recently, Mr. Adamsky has begun attending group therapy sessions which provide him with another level of therapeutic support and guidance.

As Mr. Adamsky has exhibited a commitment to change through his diligent efforts in this treatment process, it would be beneficial for him to be allowed to continue his course of treatment. This will enable him to continue to receive therapy in relation to his addiction and also to fully address underlying psychological issues.

If there are any further questions or concerns regarding this matter I can be reached at **215-301-6190** or by email at **mwilliams@satshealing.com.**

Thank you for your consideration to this matter.


Michael Williams, M.S., LPC, CSAT
Therapist
Licensed Professional Counselor
Certified Sexual Addiction Therapist

Rick Adamsky — Michael Williams   Meetings in Plymouth

1-610-844-7180

1) Tuesday, July 15        11:00 — 12 Noon        Individual Session

2) Tuesday, July 22        11:00 - 12 Noon        Individual Session

3) Tuesday, July 29        1:00 - 2:00 Pm         Individual Session

4) Tuesday, August 5       2:00 - 3:00 Pm         Individual Session

5) Tuesday, August 12      11:00 - 12 Noon        Individual Session

6) Tuesday, August 19      11:00 - 12 Noon        Individual Session

7) Tuesday, August 26      11:00 — 12 Noon        Individual Session

8) Tuesday, September 2    6:00 - 7:30 Pm         Group Session

9) Thursday, September 4   1:00 - 2:00 Pm         Individual Session

10) Tuesday, September 9   6:00 - 7:30 Pm         Group Session

11) Thursday, September 11 1:00 - 2:00 Pm         Individual Session

12) Tuesday, September 16  6:00 - 7:30 Pm         Group Session

13) Thursday, September 18 1:00 - 2:00            Individual Session